UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10cr3812-L |
| ) | |
| Plaintiff, ) | AMENDED ORDER OF |
| ) | CRIMINAL FORFEITURE |
| v. ) | |
| ) | |
| OMAR FERNANDEZ-MEDINA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On October 25, 2010, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of OMAR FERNANDEZ-MEDINA in the following property:

**$28,185.00 in U.S. Currency**.

For thirty (30) consecutive days ending on December 1, 2010, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

///

1   On November 16, 2010, Notice of Order of Forfeiture was sent by certified mail to Anna Valdez-Calderon, c/o Guadalupe Valencia, Esq., 105 West F Street, San Diego, CA 92101.

Thirty (30) days have passed following the final date of notice by publication, and notice by certified mail, and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of OMAR FERNANDEZ-MEDINA and any and all third parties in the following property is hereby condemned, forfeited and vested in the United States of America:

**$28,185.00 in U.S. Currency**.

IT IS FURTHER ORDERED that costs incurred by the United States Customs and Border Protection ("CBP"), and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the CBP dispose of the forfeited property according to law.

DATED:  January 3, 2011

_____
M. James Lorenz
United States District Court Judge